1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| ANTONIO A. F. DE SALLES, M.D., Ph.D., in his individual capacity and as Co-Trustee of the DE SALLES CHILDREN'S TRUST, DATED APRIL 10, 2008 | Case No.: 2:16-cv-01111 (PJW) |
| , | Honorable Patrick J. Walsh |
| v. | **ORDER TO DISMISS ACTION WITH PREJUDICE** |
| LODWRICK MONROE COOK, III, an individual; LEON EKCHIAN, an individual; | Action filed: February 17, 2016 |

12

13

14

15

16

17

18

19

**ORDER**

20          Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.  The Clerk is

21     directed to close this case.  The Court retains jurisdiction over this matter for the

22     purpose of administration and enforcement of the Settlement Agreement between the

23     Parties.

24

25     DATED:  03/09/17                    By: _____
                                                   Hon. Patrick J. Walsh
26                                                 United States District Judge

27

28

1

[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE

1861198.1